# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LARISA LYN BACK,
     Plaintiff,

  v.

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY,
     Defendant.

Civil Action No.: 2:23-cv-09905-BFM
Magistrate Judge Brianna Fuller Mircheff

## ORDER AWARDING EQUAL ACCESS TO JUSTICE
## ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,500.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: ___9/19/2024___

_____
Hon. Brianna Fuller Mircheff
United States Magistrate Judge